McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE M. TRUJILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CIV-S-04-1485 PAN<br><br>**STIPULATION AND [proposed]<br>ORDER OF REMAND PURSUANT<br>TO SENTENCE SIX OF 42 U.S.C. §<br>405(g)** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case shall be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).  The Commissioner is unable to locate the claim file containing the Administrative Law Judge's decision of August 23, 2003, and the cassette tape from the hearing held on May 19, 2003.  Good cause therefore exists to remand this case for further proceedings.  See <u>Shalala v. Schaefer</u>, 113 S.Ct. 2625, 2629 n.2 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 101 n.2 (1991); (H.R. Conf. Rep. No. 96-944, at 44 (1980), *reprinted in* 1980 U.S.C.C.A.N. 1392.).

Accordingly, within 90 days of receipt of the Court Order of Remand, the Appeals Council will remand the case to an Administrative Law Judge for reconstruction of the administrative record.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes

1

counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: May 12, 2005         /s/ Bruce J. Hagel
                            BRUCE J. HAGEL
                            Attorney at Law

                            Attorney for Plaintiff

DATED: May 12, 2005         McGREGOR W. SCOTT
                            United States Attorney

                       By:  /s/ Bobbie J. Montoya
                            BOBBIE J. MONTOYA
                            Assistant U. S. Attorney

                            Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
 Chief Counsel, Region IX

DONNA WADE ANDERSON
 Assistant Regional Counsel

ELIZABETH FIRER
 Assistant Regional Counsel

 Office of the General Counsel
  U. S. Social Security Administration

1
2
3                              _____oOo_____
4                                         **ORDER**
5
6     **For good cause shown, <u>TRUJILLO v. BARNHART</u> (CIV-S-04-1485 PAN), is hereby**
7  **REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the**
8  **parties.**
9     **SO ORDERED.**
10    **Dated:  May 18, 2005.**
11
                                               /s/ Peter A. Nowinski
12                                           **PETER A. NOWINSKI**
                                             **Magistrate Judge**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3