IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE M. TRUJILLO,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

No. CIV S-04-1485 DFL PAN

JOE M. TRUJILLO,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

No. CIV S-06-1284 DAD

ORDER

        The court has received Notice of Related Cases; Request to Consolidate concerning the above-captioned cases filed July 27, 2006. See Local Rule 83-123, E.D. Cal.. The Court has determined, however, that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so. Plaintiff has provided no evidence to support his claim that

1

1  the issues in the two cases are related.  While plaintiff seeks a judgment in both cases that he
2  meets the definition of disabled under the Social Security Act, there have been no dispositive
3  motions filed in the later case that would allow the court to evaluate both cases and assess the
4  validity of plaintiff's claim.  This order is for informational purposes only and shall have no
5  effect on the status of the cases.
6  DATED: August 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Trujillo.related.ord.ss.wpd

2