BRUCE J. HAGEL [SBN 63531]
ELIZABETH GADE [SBN 161495]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA 95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE M. TRUJILLO,<br><br>             Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>             Defendant. | CASE NO. 2:04-CV-01485-PAN (JFM)<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND OR REMAND ON THE PLEADINGS |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file his motion for summary judgment and/or remand in the above-captioned case is hereby extended from the present due date of August 15, 2006, by thirty days, to the new response date of September 14, 2006.  The extension is requested because the Plaintiff has determined that a further review of this case is necessary.

This is the first extension requested regarding Plaintiff's motion for summary judgment and/or remand.

The parties further stipulate that counsel for Defendant will provide a facsimile of this stipulation bearing counsel's signature for retention in Plaintiff's case file, and hereby authorizes

Stip.& Order Ext. Pl.'s Time
2:04-cv-01485-PAN (JFM)

**1**

counsel for Plaintiff to file this document in .pdf format under the latter's Electronic Case filing password, pursuant to local rule 7-131.

DATED: July 26, 2006                                    Respectfully submitted,

OLSON HAGEL & FISHBURN LLP


By: /s/ Bruce J. Hagel
BRUCE J. HAGEL, ESQ.
Attorney for Plaintiff


DATED: July 26, 2006                           McGREGOR W. SCOTT
United States Attorney


By: /s/ Bobbie J. Montoya
BOBBY J. MONTOYA
Assistant U.S. Attorney
Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED: August 28, 2006.


_____
UNITED STATES MAGISTRATE JUDGE