McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
Elizabeth Firer
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE M. TRUJILLO,<br><br>   Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>   Defendant. | CASE NO. 2:04-CV-01485-PAN (JFM)<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval, as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing.  The current due date is October 24, 2006.  The new due date will be November 24, 2006.

/////

/////

/////

/////

Stip.& Order Ext. Def.'s Time
2:04-cv-01485-PAN (JFM)

**1**

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/s/ *Bruce J. Hagel*
        *(As authorized on* October 23, 2006)
Bruce J. Hagel
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney

By: /s/ *Elizabeth Firer*
        *(As signed on* October 23, 2006)
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION



_____ ORDER

APPROVED AND SO ORDERED.

DATED: October 26, 2006.

                              [signature]
                              UNITED STATES MAGISTRATE JUDGE

13/Trujillo.eot2.wpd

Stip.& Order Ext. Def.'s Time
2:04-cv-01485-PAN (JFM)

**2**